PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Nicholas Infantino                    Cr.: 2:05CR00075-1
                                                        PACTS #: 41617

Name of Sentencing Judicial Officer: Honorable Jose L. Linares, United States District Court Judge

Date of Original Sentence: August 12, 2008

Original Offense: Income Tax Evasion

Original Sentence: 24 months imprisonment and 36 months supervised release.

Type of Supervision: Supervised Release.         Date Supervision Commenced: June 14, 2010

## STATUS REPORT

U.S. Probation Officer Action:

On August 12, 2008, the offender was sentenced by Your Honor to twenty-four months imprisonment and three years supervised release. The following special conditions were imposed: substance abuse testing, drug treatment, employment restrictions, financial disclosure, DNA testing, cooperation with the IRS, and no new debt/credit. He was also ordered to pay a $200 special assessment and $12,487,227.51 in restitution.

Mr. Infantino currently resides in Pompton Plains, NJ. He has been employed since his release and is currently employed with Thompson's Basement Waterproofing. We believe that Mr. Infantino has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $4,745.00 ($139,584.76 has been paid in total by all of the co-defendants) towards his restitution obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Infantino's term of supervision to expire as scheduled on June 13, 2013.

Respectfully submitted,

By: Michael A. McLean
Supervising U.S. Probation Officer
Date: June 6, 2013

*No Response is necessary unless the court directs that additional action be taken as follows:*

[✓] Concur with the recommendation of the U.S. Probation Office. Case to expire on June 13, 2013.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

6/7/13
_____
Date